CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN - 2 2018

JULIA C DUDLEY, CLERK
BY: _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

ROBERT HENRY GREE,        )        Civil Action No. 7:17-cv-00529
    Plaintiff,              )
                      )        **MEMORANDUM OPINION**
v.                        )
                      )        **By:   Jackson L. Kiser**
JOHN WOODSON, et al,      )        **Senior United States District Judge**
    Defendant(s).           )

Robert Henry Green, proceeding pro se, filed a civil rights complaint, pursuant to 42

U.S.C. § 1983. By Order entered November 27, 2017, the court directed plaintiff to submit

within 20 days from the date of the Order a statement of assets, an inmate account form, and a

certified copy of plaintiff's trust fund account statement for the six-month period immediately

preceding the filing of the complaint, obtained from the appropriate prison official of each prison

at which plaintiff is or was confined during that six-month period. Plaintiff was advised that a

failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described

conditions. Accordingly, the court dismisses the action without prejudice and strikes the case

from the active docket of the court. Plaintiff may refile the claims in a separate action once

plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying

Order to plaintiff.

ENTER: This 2nd day of January, 2018.

_____
Senior United States District Judge