CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JAN - 2 2018
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **ROBERT HENRY GREEN,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:17-cv-00529** |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **JOHN WOODSON, et al,** | ) | **By: Jackson L. Kiser** |
| **Defendant(s).** | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 2nd day of January, 2018.

Senior United States District Judge